# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

**JORDAN SUMATZKUKU**

**ELECTRONIC CRIMINAL COMPLAINT**
(Redacted)

CASE NUMBER:  MJ-25-04354-PCT-CDB

I, the undersigned, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about July 17, 2025, in the District of Arizona, within the confines of the Hualapai Nation Indian Reservation, Indian Country, the defendant, **JORDAN SUMATZKUKU**, an Indian, did knowingly take and carry away, with the intent to steal and purloin, the property of C.M., that is, a motor vehicle, with a value exceeding $1,000.

**In violation of Title 18, United States Code, Sections 1153 and 661.**

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

REVIEWED BY: /s AUSA Dimitra Sampson

__X__ Pursuant to 28 U.S.C. §1746(2), I declare that the foregoing is true and correct.

Robert Richardson, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature   8/19/2025
Date

_X_ Sworn by Telephone

Date/Time

Flagstaff, Arizona
City and State

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2025.08.19 15:19:37 -07'00'

Signature of Judicial Officer

CC: USM & PTS

- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY SUBMITTED AFFIDAVIT**

I, <u>FBI Special Agent Robert Richardson</u>, state under oath as follows:

1. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been in this position since April 2023. Prior to becoming a Special Agent, I was an Intelligence Analyst with the FBI from January 2021 to April 2023. I am currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency. My primary duties include the investigation of violent crimes committed in Indian Country.

2. The information contained in this affidavit is based upon my personal knowledge, training, and experience, as well as information provided to me by other law enforcement officers and/or witnesses including those listed herein. Because this affidavit is made to establish probable cause, I have not listed every fact known regarding this investigation.

**Introduction**

3. This case involves motor vehicle theft by Jordan Sumatzkuku (hereinafter "Sumatzkuku"), an enrolled member of the Hualapai Tribe, a federally recognized tribe. The motor vehicle theft occurred in Peach Springs, Arizona, within the exterior boundaries of the Hualapai Indian Reservation, within the District of

Arizona. As set forth further below, Sumatzkuku's motor vehicle theft was in violation of 18 U.S.C. Sections 1153 and 661.

### Investigation/Probable Cause

4. On July 17, 2025, at approximately 2:48 P.M., Hualapai Police Officers J. Jackson, D. Heiselman, and Sergeant J. Roberts were dispatched to a report of a stolen silver and white Chevrolet utility truck with a trailer from a residence in Peach Springs, Arizona.

   a. Officers Jackson and Heiselman responded to the area of Milkweed Springs to contact a silver pickup truck that was reported stolen. When they arrived, Sergeant Roberts advised that he was attempting to catch up with the vehicle on Ridge Road travelling toward Milkweed Springs. As Officers Jackson and Heiselman went over the hill behind 1405 Milkweed Springs, they observed a silver pickup truck with a trailer. The vehicle then drove at a high rate of speed toward 1406 Milkweed Springs. Officers turned on their lights to attempt to stop the vehicle, which failed to stop until the vehicle ran into a large pile of "T-Posts." The driver was visually identified as Jordan Sumatzkuku. Sumatzkuku was instructed to walk backwards towards the officers, however he had a difficult time maintaining his balance.

    b. Sergeant Roberts observed the driver side door open, the male subject step out, and walk backwards to the rear of the vehicle. Sergeant Roberts identified the subject as Jordan Sumatzkuku through previous contacts with him. While near Sumatzkuku, Sergeant Roberts smelled a strong odor of "intoxicating beverage" coming from Sumatzkuku's body and breath; Sumatzkuku's eyes were blood shot and glossy, and he had trouble keeping his balance while he was walking.

5. On July 17, 2025, Sumatzkuku was accepted into custody at Hualapai Adult Detention Center and submitted to a portable breath test, which resulted in a breath alcohol content of .319.

6. On July 17, 2025, the victim, C.M. was interviewed by Officer Jackson. C.M. stated that he was at a residence in Peach Springs, Arizona, doing repairs inside the residence. C.M. went outside to roll up the windows of his Truck because it started to rain; he left the keys inside the vehicle and the doors unlocked. When C.M. was inside resuming the repairs, he heard his truck start and drive away. C.M. ran west on Indian way to Hualapai Way towards Ridge Road, on foot, yelling his truck was stolen.

7. On July 17, 2025, P.W. was interviewed by Officer Jackson. P.W. stated that she was outside with D.H. and her young child, on Hualapai way, when she saw a silver and white truck traveling fast on Hualapai way. P.W. stated that

D.H. had to quickly pick up her young child and secure her in his arms, out of harm's way. P.W. stated that she saw a "white guy" running down Hualapai Way, yelling that his truck was stolen.

8.  On July 18, 2025, P.W. made a written statement to the Hualapai Nation Police Department. P.W., D.H., and her 2-year-old daughter were outside grilling lunch. P.W. heard a loud engine rev, and her 2-year-old daughter ran out of their carport toward the road. D.H. ran after her to make sure she did not go into the road and, right as he picked her up and carried her back into the yard, a light-colored truck pulling a trailer drove by the front of the residence at a high speed. P.W. noticed a small male driving but was not sure who it was. P.W. then saw a young white male wearing a maroon t-shirt running down the street chasing his truck yelling, "He stole my work truck." P.W. opined that if it was not for D.H. chasing after her daughter, she could have been hit by the individual who was driving the stolen truck.

9.  On July 18, 2025, FBI SA David Delio conducted an audio recorded, custodial interview of Sumatzkuku. The interview was conducted at the Hualapai Adult Detention Center, in Peach Springs, AZ. Also present during the interview was Hualapai Police Officers Paul Gunn and Devyn Williams. After being informed of the identity of the interview agent and officers, and the nature of the interview, Sumatzkuku provided the following information:

   a. Sumatzkuku did not remember anything at all. The last thing he remembered was drinking alcohol. On a scale of one to ten, ten

4

being extremely drunk, Sumatzkuku was a ten. Sumatzkuku does not have a drinking problem, he just parties. Sumatzkuku was drinking and then woke up in the Adult Detention Center.

10. R&R Body Shop, in Kingman, AZ, provided a preliminary estimate for the damage to a silver 2016 Chevrolet Silverado 3500 owned by C.M. The total to repair the vehicle was estimated to be $37,140.43.

### Conclusion

11. Based on the foregoing, I believed that there is probable cause to believe that Jordan Sumatzkuku has violated Title 18, United States Code, Sections 1153 and 661. A warrant for Sumatzkuku's arrest is respectfully requested.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on:   August, 2025

Robert Richardson, Special Agent, FBI

X Sworn by Telephone

Date/Time: _____

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2025.08.19 15:19:07 -07'00'

Camille D. Bibles
United States Magistrate Judge

5